**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-13953
Non-Argument Calendar

————————————

In re: RICKI BLALOCK,

*Debtor.*

————————————————————————

RICKI BLALOCK,

*Plaintiff-Appellant,*

*versus*

AMH 2014-2 BORROWER, LP,

*Defendant-Appellee.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-05990-JPB

————————————

Before JORDAN, JILL PRYOR, and BRASHER, Circuit Judges.

PER CURIAM:

2                       Opinion of the Court                    25-13953

Appellant, proceeding pro se, filed a Chapter 13 petition for bankruptcy. The bankruptcy court granted Appellee's motion for relief from the automatic stay and then dismissed the case. The district court dismissed Appellant's appeal from the stay order as moot. Appellant appeals that final order.

A jurisdictional question asked the parties to address whether this appeal is moot given the dismissal of Appellant's Chapter 13 case. Neither party timely responded to the jurisdictional question.

Upon review of the record, we conclude that we cannot provide meaningful relief because the dismissal of Appellant's underlying Chapter 13 case renders this appeal moot. *See Neidich v. Salas*, 783 F.3d 1215, 1216 (11th Cir. 2015). Accordingly, we DISMISS this appeal for lack of jurisdiction.

Appellant's motion for permission to proceed *in forma pauperis* on appeal is DENIED as moot.